## FOURTH DEPARTMENT, NOVEMBER, 1913.

NEWELL S. COE, as Administrator, etc., of LAURA S. COE, Deceased, Appellant, *v.* NORTHERN CENTRAL RAILWAY COMPANY, Respondent.

Appeal by the plaintiff from an order of the Supreme Court, entered in the Wayne county clerk's office on the 23d day of August, 1913, granting a motion for a new trial made by the defendant.

Order affirmed, with costs, upon the memorandum of Sutherland, J., delivered in the court below. All concurred. The following is the memorandum of the court below:

SUTHERLAND, J.: The verdict in favor of plaintiff is set aside as contrary to the evidence; no negligence was shown. A new trial is, therefore, granted.

---

Vincenzo Bellanca, Respondent, v. Guiseppina Catalano Cianciolo, Appellant.— Judgment reversed and new trial granted before another referee or before a jury, in case either party is or becomes entitled to a jury trial, with costs to appellant to abide event. Held, that as it was not shown that the defendant had made any purchases or deposits indicating that she had received the $4,000 or any part thereof, and plaintiff's testimony as to advances or loans to defendant of other large sums of money is found by the referee to have been false, and material testimony of at least one of plaintiff's witnesses was clearly false, we think the evidence is insufficient to support the finding of the referee that plaintiff did, in fact, pay or deliver to the defendant the sum of $4,000 as and for a contribution to the capital of the alleged partnership between the parties. All concurred.

Harlow W. Bailey, Appellant, v. The Buffalo Loan, Trust and Safe Deposit Company and Others, Respondents.— Judgment and orders affirmed, with separate bills of costs to each defendant appearing by separate attorney. Held, the finding of fact made by the trial court which is numbered 6 in plaintiff's requests to find is disapproved, for the reason that the same is not supported by the evidence. All concurred.

Herman Rakov, Respondent, v. Bankers Life Insurance Company of the City of New York, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the declaration of the insured to the witness Perlstein were hearsay and incompetent and so prejudicial as to require a new trial. All concurred; Merrell, J., not sitting.

In the Matter of the Proving of the Last Will and Testament of Rufus L. Fiske, Deceased. Frances Eliza Young, Appellant; Isabel Fiske Clarke, Respondent.— Decree affirmed, with costs. All concurred.

Pneumatic Signal Company, Appellant, v. Texas and Pacific Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred; Foote, J., not sitting.